**Below is the Judgment of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTI LYNN DEL NAGRO,<br>DEBTOR.<br><br>_____<br><br>CHRISTI LYNN DEL NAGRO,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,<br><br>DEFENDANT. | CASE NO: 24-12359-TWD<br><br><br><br>ADVERSARY CASE NO: 24-01076 TWD<br><br><br>EX PARTE CONSENT JUDGMENT DECLARING DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT |

Plaintiff Christi Lynn Del Nagro and Defendant United States of America, acting through the U.S. Department of Education (DOE) filed an "Ex Parte Joint Motion for Entry of Consent Judgment Declaring Dischargeable Plaintiff's Student Loan Debt" (Joint Motion). For the reasons stated in the parties' Joint Motion, the Court finds that Plaintiff is entitled to a declaration that her student loan debt held by DOE ("Debt") is dischargeable under 11 U.S.C. § 523(a)(8).

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 1

WASHINGTON DEBT LAW, PLLC
12535 15TH AVE. NE., STE. 214
SEATTLE, WA 98125
206-535-2559S

Accordingly, the Court GRANTS the Joint Motion and enters the following

Consent Judgment:

1. Repaying the Debt would impose an undue hardship on Plaintiff under 11 U.S.C. § 523(a)(8).

2. The Debt is dischargeable under 11 U.S.C. § 523(a)(8).

3. Plaintiff and DOE shall bear their own costs and attorney fees related to this action.

///END OF ORDER///

Jointly Presented by:

Law Offices of Washington Debt Law, PLLC.
Attorneys for Plaintiff

/s/ *Edgar Hall*
Edgar Hall, WSBA 40174
Washington Debt Law, PLLC
12535 15th Avenue NE, Ste.214
Seattle, WA 981254
edgar@wadebtlaw.com

and

United States Department of Justice

By: */s/ Kristin* B. Johnson
Kristin B. Johnson, WSBA #28189
Assistant United States Attorney
U.S. Department of Justice
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101
Kristin.b.johnson@usdoj.gov

EX PARTE CONSENT JUDGMENT DECLARING
DISCHARGEABLE PLAINTIFF'S STUDENT LOAN DEBT- 2

WASHINGTON DEBT LAW, PLLC
12535 15TH AVE. NE., STE. 214
SEATTLE, WA 98125
206-535-2559S

Case 24-01076-TWD   Doc 22   Filed 10/06/25   Ent. 10/06/25 15:04:31   Pg. 2 of 2